Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Jacqueline P. Perry §
 §
versus §  CIVIL ACTION NO. _____
 §
KinderCare Learning Center §
 §
 §

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Jacqueline P. Perry

   Address: 1822 Pleasantville Dr.
   Houston, Texas 77029

   County of Residence: Harris

3. The defendant is: KinderCare Learning Center

   Address: 3602 Fairmont Pkwy
   Pasadena, Texas 77504

☐ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on 5-6-2017 with the Equal Opportunity Commission.

5. On the date of 5-30-2017, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

    (a) ☒ race

    (b) ☐ color

    (c) ☐ sex

    (d) ☐ religion

    (e) ☐ national orgin,

the defendant has:

    (a) ☐ failed to employ the plaintiff

    (b) ☒ terminated the plaintiff's employment

    (c) ☐ failed to promote the plaintiff

    (d) ☒ other: Retaliated" when Plaintiff complained to Corporate Office of mistreatment. It included tinges of Racism + Violence. Corporate failed to investigate my complaints

7. When and how the defendant has discriminated against the plaintiff: Between December 2016 and March 2017: I was harassed, cursed, alleging my ways were taking me to "Hell". I was humiliated in front of my coworkers, encouraging them to engage in the mistreatment. Physically grabbed by my jacket, "Fired" screamed at me by Vickie Sabin and her peers at a professional workshop at Kindercare in Deer Park. All happened after my complaints to Corporate

8. The plaintiff requests that the defendant be ordered:

    (a) ☐ to stop discriminating against the plaintiff

    (b) ☐ to employ the plaintiff

    (c) ☐ to re-employ the plaintiff

    (d) ☐ to promote the plaintiff

(e) ☒ to Back Pay Damages $12.16 + Benefits to $10.00 y NO Benefits. Loss of Salary and Benefits, Pain + Suffering; Humiliation, Mental anguish + loss of Employ Current (Now I would care for my misnt job Compensatory + Punitive Damages; and that daughter!)

(f) ☒ Intentional and Malicious Discrimination the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_Jacqueline P. Perry_
(Signature of Plaintiff)

Address: 1822 Pleasantville Dr.
Houston, Texas 77029

Telephone: (713) 252-5607

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Jacqueline P. Perry
1822 Pleasantville Drive
Houston, TX 77029

From: Houston District Office
Mickey Leland Building
1919 Smith Street, 7th Floor
Houston, TX 77002

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 460-2017-02385 | Patricia Palacios Ware, Investigator | (713) 651-4955 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

_Marina Guerra_   5-30-2017

for Rayford O. Irvin,
District Director

(Date Mailed)

Enclosures(s)

cc:
Vickie Sabin
Director
KINDERCARE LEARNING CENTER
3602 Fairmont Parkway
Pasadena, TX 77504

Lowell Keig, Executive Director
TWC/Civil Rights Division
101 East 15th Street, Room 144T
Austin, Texas 78778

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 460-2017-02385 |

Texas Workforce Commission Civil Rights Division _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Jacqueline P. Perry | (713) 252-5607 | 1958 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1822 Pleasantville Drive, Houston, TX 77029 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| KINDERCARE LEARNING CENTER | 500 or More | (281) 487-5335 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3602 Fairmont Pkwy, Pasadena, TX 77504 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-15-2016  Latest: 03-30-2017
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I. I began my employment with this employer in January of 2016. I was a Pre K-3 Teacher. During my employment, I was subjected to harassment. My immediate supervisor was Vickie Slabin (White), Director. I complained to corporate about the harassment. I experienced various incidents with Vickie. In December of 2016, I asked, where do I go next (referring to a classroom), she replied, "to hell, if you don't change your ways." As I was signing in during the Spring Professional Day, one of the directors yelled out "fired." Vickie came out of her office saying, "only if I am." In February of 2017, I spilled ink on my work shirt and had to wear a different shirt. I had a jacket on. Vickie walked towards me, snatched my jacket open and said nothing to me. She just walked away. Vickie talked about me with other staff and she was picking on me daily. In addition, I was not given a certificate when I completed a year of employment although others received their certificate.

II. On March 28, 2017, I was suspended pending an investigation due to a complaint from a parent. Vickie stated that the parent provided a video tape. I sent a text to her and asked to view the video tape.

III. On March 30, 2017, I was called into the office and met with Vickie and Charlene Garza, District Manager. We viewed the video tape multiple times but it was blurry. I was discharged from my employment. This was in retaliation for my complaint to the corporate office.

IV. I believe I was discriminated against based on my race (Black) and retaliated against, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 5/6/2017  *Jacqueline P. Perry*<br>Date  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

PH# 713-252-5507  Jacqueline Perry  ①
Charge # 460-2017-02385

## Facts

(1) I complained of harassment to Kindercare Corporation. Initally spoke with Steven in Employment Relation + Paul. I did engage in a protective activity. Vickie took actions against me. Materially Adverse Actions: Refusal to give me my certificate of completion of 1 year of employment, discipline, firing and as a result of this, I've had to take a job with a significant reduction in salary in order to live and support a college student daughter.

Most Importantly, February, 2017. I came to work with a different shirt on because I spilled ink on my shirt (Kindercare) I had a jacket on. Vickie walked towards me, snatched my jacket open, saying nothing and walked off. Other employees wear a different shirt from time to time and nothing was ever said to the magnitude of what I experienced. I did mention the incident to Bobbie (Pre K Teacher) and

Jacqueline Perry
Charge # 460-2017-02385

②

KINDERCARE CORPORATION

March 28 2017 - Vickie took the 1-2 sec video and said a new parent was videoing their child on their bike. What parent is going to video their child for 1-2 sec. The video does not show a child riding a bike. Vickie avoided me when I asked to see it the day the parent supposedly gave it to her. She said she could not download it. Vickie was looking for an opportunity to retaliate against me for filing a complaint. (verbal)

March 30, 2017 - Charlene Garza, DM Vickie & myself were in the office. Vickie could not bring the video up on her phone or the computer. She emailed it to Charlene's phone. I viewed it about 10 times and saw nothing inappropriate. They kept telling me to look close because it was only 1 or 2 sec. I knew then, no parent did this. Charlene enlarged

Jacqueline Perry
Charge # 460-2017-02385

the video. It was blurry because Vickie was videoing through those dirty windows. But, when Charlene enlarged it, you could see me keeping a 2 year old child from getting a piece of blowing plastic and the child is having a tantrum on the cement playground and I kept him from falling on the pavement. No pulling, grabbing, jerking as they were saying. I just kept a child from hurting themselves. I said See!! They said nothing. I wrote on the termination that this lie was a form of retaliation. Before I left, Charlene agree that the child was having a tantrum. She also said, she did not know in reference to me making complaints on Vickie.

Thank you,
Jacqueline Perry

 **The University of Texas at San Antonio**

College of Business
Office of the Dean

January 26, 2017

Brandy P. Perry
1822 Pleasantville Dr
Houston, TX 77029-3966

Dear Brandy :

Congratulations on making the UTSA College of Business Student Dean's List by achieving a grade-point average of 3.75 or higher for the Fall 2016 semester!

Your stellar academic performance enriches the learning environment at UTSA. We appreciate your commitment to excellence in your studies.

We want to point out that your continued academic performance may qualify you for membership in Beta Gamma Sigma, the national honor society for students in business administration. Students ranking in the top 7% of the junior class, top 10% of the senior class, or top 20% of the graduate students are invited for election to membership. Beta Gamma Sigma membership is an exclusive honor available only to students at AACSB International accredited schools. The UTSA College of Business has maintained AACSB accreditation continuously since 1980.

Now or in the future, you may also qualify for the Phi Kappa Phi honor society, the nation's oldest and most selective, all-discipline honor society. Membership is by invitation only to the top 7.5% of second semester juniors and the top 10% of seniors and graduate students.

On behalf of College of Business administrators and faculty, thank you for your commitment to pursuing academic excellence. Best wishes for continued success as you proceed with your academic career.

Sincerely,

*Wm Gerard Sanders*

Wm. Gerard Sanders, Ph.D.
Dean